### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **BRYAN TRAHAN, individually, and on behalf of all others similarly situated,** | § § § | |
| *Plaintiff,* | § | |
| **v.** | § § | MO:22-CV-00207-RCG |
| **DIAMONDBACK ENERGY, INC.,** | § § | |
| *Defendant.* | § | |

### FINAL JUDGMENT

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41 and based upon the Parties' Joint Motion to Approve FLSA Settlement Agreement filed January 6, 2023 in the case *Henley v. Energen Resources Corp. et al.*, 7:20-CV-00045-RCG (Doc. 114).[1] This case is before the Court pursuant to the consent of the Parties in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. (Docs. 11, 12). Accordingly, the Court **HEREBY ENTERS FINAL JUDGMENT** as follows:

It is **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same, except as otherwise provided in the Settlement Agreement.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is finally **ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

---

[1] The Court previously approved the Settlement Agreement in this case in conjunction with the Settlement Agreement in *Henley v. Energen Resources Corp. et al.*, 7:20-CV-00045-RCG.

The Court **VACATES** the Final Pretrial Hearing and Trial Setting, if any.

It is so **ORDERED**.

SIGNED this 12th day of January, 2023.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE